UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LONNIE BURTON,

    Plaintiff,

  v.

DOUG WADDINGTON, *et al.*,

    Defendants.

Case No. C03-5101FDB

ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME AND GRANTING MOTION TO EXTENSION OF TIME

The Court adopted Report and Recommendation on Defendants' first motion for summary judgment, with the result that two of Plaintiff's claims survived. Defendant now moves for summary judgment on the remaining claims, arguing that Plaintiff fails to state claims for which relief can be granted.

Plaintiff moves to shorten time in order for the Court to address his motion for a one-month extension of time in which to file his response to the second summary judgment motion. The Defendants state that they have no objection to Plaintiff's request for an extension to July 11, 2005 to file his response.

ACCORDINGLY, IT IS ORDERED:

1. Plaintiff's Motion to Shorten Time [Dkt. # 95] and Motion for Extension of Time

ORDER - 1

[Dkt. # 94] are GRANTED, AND Plaintiff's response to Defendants' Second Motion for Summary Judgment is due no later than Monday, July 11, 2005.

2. The Clerk shall renote the Second Motion for Summary Judgment [Dkt. # 88] for Friday July 15, 2005.

DATED this 24th day of June, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2