THE HONORABLE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LONNIE BURTON,<br><br>    Plaintiff,<br><br>  v.<br><br>DOUG WADDINGTON, ET AL,<br><br>    Defendants. | NO. C03-5101FDB<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**ORDER**

THIS MATTER having come before this court on the stipulated motion of the parties, and it appearing to the court that all matters in controversy herein between the Plaintiff, LONNIE BURTON, and all Defendants have been fully settled and compromised, and the court having been advised in the premises, now, therefore,

IT IS HEREBY ORDERED, that Plaintiff LONNIE BURTON's claims against all Defendants in the above-referenced cause of action are hereby dismissed with prejudice.

//
//
//

1  The clerk is directed to send copies of this order to counsel for the plaintiff and the
2  defendants.
3  DATED this 31st day of August 2005.

                                        FRANKLIN D. BURGESS
                                        UNITED STATES DISTRICT JUDGE

Presented by:

_____      _____
BRIAN G. MAXEY, WSBA #33279                       DATE
Assistant Attorney General
Attorney for Defendants


_____      _____
LONNIE BURTON                                                DATE
Plaintiff  pro se